**Order filed April 19, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00766-CV

**ALLEN PARKER COMPANY, Appellant**

**V.**

**TRUSTMARK NATIONAL BANK, Appellee**

---

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-151975**

---

## O R D E R

The clerk's record was filed October 12, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Order granting receiver's application for payment of attorney's fees, signed October 9, 2009; (2) Unopposed Order for Release of Funds to Virgil V. Mott, Jr., signed December 18, 2009; (3) Order Granting receiver's application for payment of attorney fees, signed January 29, 2010; (4) Order approving Jacobs Parties' First Amended Motion to Withdraw funds from Registry of the Court, signed March 17, 2010.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before **April 29, 2013**, containing (1) Order granting receiver's application for payment of attorney's fees, signed October 9, 2009; (2) Unopposed Order for Release of Funds to Virgil V. Mott, Jr., signed December 18, 2009; (3) Order Granting receiver's application for payment of attorney fees, signed January 29, 2010; (4) Order approving Jacobs Parties' First Amended Motion to Withdraw funds from Registry of the Court, signed March 17, 2010.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM